IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **JAMES ROBERT EDWARDS,** | : |
| | : |
| Plaintiff, | : |
| | : NO. 7:11-CV-157-HL-TQL |
| VS. | : |
| | : |
| **ANTOINIO CARTER, et. al.,** | : |
| | : |
| Defendants. | : |

## DISMISSAL ORDER

Plaintiff **JAMES ROBERT EDWARDS**, a prisoner at Berrien County Jail in Nashville, Georgia, has filed a *pro se* civil rights complaint under 42 U.S.C. § 1983 and seeks to proceed without prepayment of the filing fee. After an initial review of Plaintiff's Complaint and his Motion to Proceed *in forma pauperis*, the Court ordered Plaintiff to pay an initial partial filing fee and to supplement his Complaint with additional allegations and information about his efforts to exhaust all available administrative remedies. The Court provided Plaintiff twenty-one days to pay the fee and file his supplement. More than a month has now elapsed, and Plaintiff has not yet paid his fee or filed a supplement to his Complaint. The Court's Order has, in fact, been returned as undeliverable. Plaintiff has thus presumably also failed to advise this Court a change of address.

The Court is neither inclined nor required to track Plaintiff's current location. Plaintiff's Complaint is therefore **DISMISSED** for both failure to state a claim, pursuant to 28 U.S.C. §1915(b)(1), and Plaintiff's failure to diligently prosecute this action.

**SO ORDERED**, this 3rd day of January, 2012

*s/ Hugh Lawson*
HUGH LAWSON, JUDGE
UNITED STATES DISTRICT COURT

jlr